

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,887-01

**EX PARTE DARREN BROOKS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W20-00586-V(A) IN THE 292ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. On July 27, 2022, this Court remanded this matter to the trial court to obtain affidavits from trial counsel and the trial prosecutor, and findings of fact and conclusions of law from the trial court addressing Applicant's claims. On January 9, 2023, this Court received a supplemental record containing the trial court's findings of fact and conclusions of law. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of

fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Specifically, the trial court's findings of fact and conclusions of law make reference to attached affidavits from trial counsel Heath Harris and trial prosecutor Robert Withers. However, those documents are not attached and are not included in the supplemental record.

The district clerk shall either forward to this Court affidavits of trial counsel Heath Harris and trial prosecutor Robert Withers or certify in writing that these documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: January 12, 2023
Do not publish